FILED

APR 24 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13CR1510-H |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 1001- False Statements to the United States Government |
| HAROLD WASHINGTON, | |
| Defendant. | |

The United States Attorney charges:

On or about February 26, 2010, within the Southern District of California, defendant HAROLD WASHINGTON, in a matter within the jurisdiction of the Department of Labor, part of the Executive branch of government, did knowingly and willfully make a materially false, fictitious and fraudulent writing, to wit, that on Form LM-3, for Fiscal Year 2007-2008, he never received allowances or disbursements from NTEU local 105, when in truth and in fact, and as the defendant then and there well knew, he withdrew and received at least $2,740.71 from the NTEU Wells Fargo bank account using the NTEU debit card; in violation of Title 18, United States Code, Section 1001.

DATED: April 9, 2013.

LAURA E. DUFFY
United States Attorney

MICHAEL G. WHEAT
Assistant U.S. Attorney